IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTINA CRUZ,**

    **Plaintiff,**

    v.　　　　　　　　　　　　　　　　　　　No. 2:23-CV-00986 GJF/KRS

**UNIVERSITY OF NEW MEXICO, a New Mexico**
**Political subdivision, d/b/a BOARD OF REGENTS**
**OF THE UNIVERSITY OF NEW MEXICO, and UNM**
**MEDICAL GROUP, INC., a New Mexico non-profit**
**Corporation,**

    **Defendants.**

## **ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

This matter having come before the Court on Defendant's Unopposed Motion to Extend Discovery Deadline, (Doc. 36), and the Court having reviewed the motion and being fully advised therein, find the Motion is well-taken.

IT IS THEREFORE ORDERED:

The discovery deadline is hereby extended to August 5, 2024 for the specific purpose of Defendant responding to Plaintiff's First Set of Interrogatories and First Set of Requests for Production.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Approved and agreed to:

*/s/ Andrew N. Morrow*
Counxel Legal Firm
Andrew N. Morrow, Esq.
2222 S. Dobson Rd., Suite 1104
Mesa, AZ 85202
amorrow@counxel.com
*Attorney for Plaintiff*

*/s/ Debra J. Moulton*
Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro NE, Bldg 3, Suite 200
Albuquerque, NM  87110
dmoulton@kmwpc.com
*Attorneys for Defendants*