IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **Christina Cruz,**<br><br>           **Plaintiff,**<br><br>v.<br><br><br>**BOARD OF REGENTS OF THE UNIVERSITY OF NEW MEXICO, a body corporate of the State of New Mexico, for itself and its public operations, including the UNIVERSITY OF NEW MEXICO HOSPITAL**<br><br>           **Defendant**. | Case No: 2:23-CV-00986 GJF/KRS |

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE

This matter having come before the Court on Plaintiff's Unopposed Motion to Extend Deadline, and the Court having reviewed the motion and being fully advised therein, finds the Motion is well-taken.

IT IS THEREFORE ORDERED that the deadline for "all other motions" is extended to September 9th, 2024.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Approved and agreed to:

*/s/ Andrew N. Morrow*
Counxel Legal Firm
Andrew N. Morrow, Esq.
2222 S. Dobson Rd., Suite 1104
Mesa, AZ 85202
amorrow@counxel.com
*Attorney for Plaintiff*

*/s/ Debra J. Moulton*
Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro NE, Bldg 3, Suite 200
Albuquerque, NM  87110
dmoulton@kmwpc.com
*Attorneys for Defendants*