IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINA CRUZ,

    Plaintiff,

v.                                               No. 2:23-cv-986 GJF/KRS

UNIVERSITY OF NEW MEXICO, and
UNM MEDICAL GROUP, INC.,

    Defendants.

---

### CLERK'S MINUTES AND SETTLEMENT CONFERENCE MEMORANDUM

### Before Magistrate Judge Kevin R. Sweazea

**Date and Time:**     February 26, 2025 at 9:00 a.m.     _X_ **Via Zoom**

**Time in Court**: 3 hours, 9 minutes

**Appearances for Plaintiff**

Andrew Morrow (Plaintiff's Counsel)

Christina Cruz (Plaintiff)

**Appearances for Defendants:**

Debra Moulton (Defendants' Attorney)

Amanda Krasulick (Lit. Attorney, Risk Management)

Michael Calderon (Assoc. Univ. Counsel for UNM)

Cindy Cherne (Sr. Employee Relations Specialist)

**_X_ Case settled**. Closing documents to be filed within **60 days**.

__ **Case did not settle**.