UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**CHRISTINA CRUZ,**

    **Plaintiff,**

    v.                                 No. 2:23-CV-00986 GJF/KRS

**BOARD OF REGENTS OF THE
UNIVERSITY OF NEW MEXICO, a body
corporate of the State of New Mexico, for
itself and its public operations, including the
UNIVERSITY OF NEW MEXICO HOSPITAL,**

    **Defendants.**

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Joint Motion to Dismiss Lawsuit with Prejudice Pursuant to Settlement Agreement.

The Court having considered the request and finding it to be well-taken, the Court hereby dismisses this matter with prejudice.

Each party will pay its own attorneys' fees and costs.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

1

2

APPROVED:

*/s/ Andrew N. Morrow*
Andrew N. Morrow, Esq.
Counxel Legal Firm
2222 S. Dobson Rd., Suite 1104
Mesa, AZ 85202
amorrow@counxel.com
*Attorney for Plaintiff*


*/s/ Debra J. Moulton*
Debra J. Moulton
Kennedy, Moulton & Wells, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, NM 87110
dmoulton@kmwpc.com
*Attorneys for Defendant*